IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

$39,506.00 UNITED STATES
CURRENCY,

         Defendant,

and

JAQUANIE MOORE,

         Claimant.

8:25-CV-516

ORDER

IT IS ORDERED:

1.    The parties' settlement stipulation (filing 23) is approved.

2.    $9,500.00 of the defendant property shall be returned to the claimant, Jaquanie Moore, tendered by the Drug Enforcement Administration to the trust account of the claimant's attorney, Jason E. Troia.

3.    Counsel for the claimant is directed to provide, to the Office of the United States Attorney for the District of Nebraska, any information necessary for the transfer of funds to his trust account, and to file a receipt of funds after receiving the $9,500.00.

4.    The government is directed to file a motion for clerk's entry of default as to the remaining defendant property, $30,006.00, and a motion for default judgment upon the clerk's entry of default.

5.    When the claimant's receipt of funds is filed, the parties shall file a joint stipulation for dismissal of the claimant's claim, parties to pay their own costs and attorney's fees.

Dated this 27th day of January, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge