IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$39,506.00 UNITED STATES CURRENCY,<br><br>Defendant. | 8:25CV516<br><br>REQUEST TO ENTER DEFAULT JUDGMENT |

TO: DENISE M. LUCKS, CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA.

Pursuant to Fed. R. Civ. P. 55, please enter a default judgment against the remaining $30,006.00 United States Currency, Jaquanie Moore c/o Jason E. Troia, Tommy R. Spaulding, Michael Elsner, Samuel Mitchell, and any other unknown individuals and/or entities in this matter for failure to file a timely Claim or an Answer herein. In support of this Request, the United States files an Index of Evidence containing the Declaration of Assistant United States Attorney, Kimberly C. Bunjer.

                                      UNITED STATES OF AMERICA,
                                      Plaintiff

                                      LESLEY A. WOODS
                                      United States Attorney

By:    s/ Kimberly C. Bunjer
        KIMBERLY C. BUNJER, #20962
        Assistant U.S. Attorney
        1620 Dodge Street, Suite 1400
        Omaha, NE  68102-1506
        Tel: (402) 661-3700
        E-mail: kim.bunjer@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify on January 29, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the Parties of record. I also hereby certify that a copy of the same was served by Certified Mail to the following non-CM/ECF participants:

Michael Elsner
Motley Rice, LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464

Samuel Mitchell
Mitchell & Mitchell, LLC
1150 Hungryneck Boulevard
Suite C-170
Mount Pleasant, SC 29464

Jaquanie Moore
c/o Jason E. Troia
The Douglas Building
209 S. 19th Street, Suite 650
Omaha, NE  68102

Tommy R. Spaulding
7615 South Sangamon Street
Chicago, IL 60620

                        s/ Kimberly C. Bunjer
                        Assistant U.S. Attorney